UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                         :
GALINA BARBARINO et al.,                                 :
                                    Plaintiffs,          :
                                                         :          20 Civ. 10599 (LGS)
              -against-                                   :
                                                         :              ORDER
ATTENTIVE HOME CARE AGENCY INC. et                       :
al.,                                                     :
                                                         :
                                    Defendants.          :
---------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the initial pre-trial conference in this matter is scheduled for February 25,

2021, at 11:00 a.m. (Dkt. No. 3).

        WHEREAS, pursuant to the Individual Rules, the parties were required to file a joint

letter and proposed case management plan on February 18, 2021.

        WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It

is hereby

        **ORDERED** that, if Plaintiffs are in communication with Defendants, the parties shall file

the joint letter and proposed case management plan as soon as possible and no later than

**February 22, 2021**.  If Defendants refuse to cooperate in the preparation of these documents,

Plaintiffs shall prepare and file them.  If Plaintiffs are not in communication with Defendants, as

soon as possible and no later than **February 22, 2021**, Plaintiffs shall file a letter (i) summarizing

their efforts to contact Defendants and (ii) requesting adjournment of the initial pretrial

conference.

Dated: February 19, 2021
         New York, New York

                                              LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE