UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GALINA BARBARINO et al.,

                        Plaintiffs,

-against-

ATTENTIVE HOME CARE AGENCY INC. et al.,

                        Defendants.
------------------------------------------------------------X

20 Civ. 10599 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties filed a letter motion for approval of a proposed settlement (Dkt. No. 20). It is hereby

**ORDERED** that the settlement agreement is **APPROVED** as fair and reasonable based on the nature and scope of Plaintiffs' claims and the risks and expenses involved in additional litigation. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206–07 (2d Cir. 2015); *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012) (outlining the factors that district courts have used to determine whether a proposed settlement is fair and reasonable). It is further

**ORDERED** that Plaintiffs' counsel's request for $18,491.82 is **GRANTED**. The remainder of the settlement shall be distributed to Plaintiffs as set forth in the parties' executed settlement agreement.

The Clerk of Court is respectfully directed to close the docket entry at #20.

Dated: August 2, 2021
       New York, New York

                                                  LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE